CLOSED

FILED

JUL 1 1 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TED RIDLING,

                Plaintiff,

v.

C/O SHOOK, C/O MAY, C/O BURNS,
WARDEN RENICO, INSPECTOR
PATRICK, INMATE COOPER,
INMATE HANNON, and INMATE
HINTON,

                Defendants.
                                          /

Case Number: 04-74052

JUDGE PAUL D. BORMAN
MAG. JUDGE VIRGINIA MORGAN
UNITED STATES DISTRICT COURT

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
IN FAVOR OF: 1) GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE
TO EXHAUST ADMINISTRATIVE REMEDIES; 2) DISMISSING WITHOUT
PREJUDICE PLAINTIFF'S § 1983 CLAIMS AGAINST DEFENDANTS SHOOK, MAY,
AND BURNS; 3) DISMISSING WITH PREJUDICE PLAINTIFF'S § 1983 CLAIMS
AGAINST DEFENDANTS RENICO, PATRICK, COOPER, HANNON, AND HINTON;
AND 4) DISMISSING WITHOUT PREJUDICE PLAINTIFF'S STATE-LAW CLAIMS
AGAINST DEFENDANTS COOPER, HANNON, AND HINTON.**

Before the Court is the Magistrate Judge's Report and Recommendation, filed on February 23, 2005, in favor of dismissing Plaintiff's complaint in its entirety. No objection was filed thereto.

Having reviewed the Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation in favor of:

    1)    GRANTING Defendants' motion to dismiss under Rule 12(b)(6) for failure to exhaust administrative remedies;

1

2) DISMISSING WITHOUT PREJUDICE Plaintiff's § 1983 claims against Defendants Shook, May, and Burns.

3) DISMISSING WITH PREJUDICE Plaintiff's § 1983 claims against Defendants Renico, Patrick, Cooper, Hannon, and Hinton; and

4) DISMISSING WITHOUT PREJUDICE Plaintiff's state-law claims against Defendants Cooper, Hannon, and Hinton.

SO ORDERED

*[signature]*

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: JUL 1 1 2005
Detroit, Michigan